```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION
```

BLAKE PERRITT                                              PLAINTIFF

    v.                    Civil No. 07-2031

TRANE US INC.                                              DEFENDANT

### **J U D G M E N T**

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendant's motion for summary judgment (Doc. 11) is hereby GRANTED.  All parties are to bear their own costs and fees, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.  **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 13th day of February 2008.

                                                  */s/ Robert T. Dawson*
                                                  Honorable Robert T. Dawson
                                                  United States District Judge